# ARKANSAS COURT OF APPEALS

DIVISION III
No. CR–13–64

| | | |
|---|---|---|
| | | **Opinion Delivered** October 9, 2013 |
| JOSEPH ASHLEY MAX | APPELLANT | APPEAL FROM THE CRITTENDEN COUNTY CIRCUIT COURT [NO. CR-12-291] |
| V. | | HONORABLE RALPH WILSON, JR., JUDGE |
| STATE OF ARKANSAS | APPELLEE | AFFIRMED; MOTION TO WITHDRAW GRANTED |

**ROBIN F. WYNNE, Judge**

Joseph Ashley Max appeals from the trial court's revocation of his probation. His counsel has filed a motion to withdraw and a no-merit brief in accordance with *Anders v. California*, 386 U.S. 738 (1967) and Rule 4–3(k) of the Rules of the Arkansas Supreme Court and Court of Appeals in which he asserts that the appeal is wholly without merit.[1] We affirm and grant the motion to withdraw as counsel.

In April 2012, appellant pled guilty to charges of residential burglary and criminal mischief in the first degree. He was sentenced to 120 months' probation on the charge of residential burglary and sixty months' probation on the charge of criminal mischief in the first

---

[1]This is the second time this appeal has been before us. In an opinion dated June 26, 2013, we denied counsel's motion to withdraw and ordered rebriefing due to a deficiency in the brief. *Max v. State*, 2013 Ark. App. 426. Counsel has corrected the deficiency, and we may now consider the appeal.

degree. On August 23, 2012, the State filed a petition to revoke appellant's probation. Following a hearing on the State's petition, the trial court revoked appellant's probation, finding that he had violated the terms and conditions of his probation. Appellant was sentenced to sixty months' imprisonment. This appeal followed.

A request to withdraw on the ground that the appeal is wholly without merit shall be accompanied by a brief that contains a list of all rulings adverse to appellant and an explanation as to why each ruling is not a meritorious ground for reversal. Ark. Sup. Ct. R. 4–3(k)(1) (2012). Counsel has listed all adverse rulings in the brief and discussed why they do not present a meritorious issue for appeal. Appellant did not file any pro se points for reversal. After reviewing the brief and the record, we agree with counsel that an appeal in this case would be wholly without merit. Therefore, we affirm the trial court's sentencing order and grant counsel's motion to withdraw.

Affirmed; motion to withdraw granted.

HARRISON and BROWN, JJ., agree.

*C. Brian Williams*, for appellant.

No response.